# 60712



FILED
2010 JUL 21 AM 11: 36
COURT
OF OHIO

## UNCLAIMED FUNDS

JULY 20, 2010

09-61886 ✓ SALVATORE GENTILE
DEBTOR DID NOT CASH CHECK
CHECK #439185 FOR $46.15
SALVATORE GENTILE
1004 9TH ST NW
CANTON, OH 44703

08-60602 ARTHUR MOORE
MARY MOORE
CREDITOR DID NOT CASH CHECK
CHECK #439186 FOR $17.69
CAPTIAL ONE
PO BOX 85140
RICHMOND, VA 23285-5140